# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**547**

**CA 11-02255**

PRESENT: CENTRA, J.P., PERADOTTO, SCONIERS, AND MARTOCHE, JJ.

---

FAHD A. ALI, PLAINTIFF-RESPONDENT,

                    V                                          ORDER

WEICHERT REALTORS, DEFENDANT-APPELLANT.

---

PETER J. DIGIORGIO, JR., UTICA, FOR DEFENDANT-APPELLANT.

-------------------------------------------------------------------------------

    Appeal from an order of the Oneida County Court (Michael L. Dwyer, J.), entered March 15, 2011.  The order affirmed an amended judgment of the Utica City Court (Albert A. Alteri, J.H.O.), entered July 30, 2010 in favor of plaintiff.

    It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  April 20, 2012                          Frances E. Cafarell
                                                  Clerk of the Court